**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:25-cv-00312-MR**

| | | |
|---|---|---|
| **VLADIMIR ZALAKOV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **<u>O R D E R</u>** |
| | ) | |
| **FRANK BISIGNANO, Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ________________________________ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's appeal of the Commissioner's decision denying him social security benefits [Doc. 1], and the Magistrate Judge's Memorandum and Recommendation [Doc. 10] regarding the disposition of that appeal.

Pursuant to 28 U.S.C. § 636(b) and a specific Order of Referral of the District Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced action and to submit a recommendation for its disposition.

On August 27, 2026, the Magistrate Judge issued a Memorandum and Recommendation recommending that the Commissioner's decision be vacated. [Doc. 10]. The parties were advised that any objections to the

Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id.]. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Memorandum and Recommendation [Doc. 10], the Court finds that the proposed conclusions of law are correct and consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Commissioner's decision be vacated and that this case should be remanded for further administrative proceedings.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 10] is **ACCEPTED**. Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for further administrative action consistent with this Order.

A judgment shall be entered simultaneously herewith.

**IT IS SO ORDERED.**

Signed: September 25, 2026

Martin Reidinger
Chief United States District Judge